Zachary Best, SBN 166035
Law Office of Zachary Best
3017 Douglas Blvd., Ste. 300
Roseville, CA 95661
Telephone: (916) 774-7507
Facsimile: (916) 784-3855

Attorney for All Defendants

Daniel Malakauskas, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPSON,<br><br>      Plaintiff,<br>vs.<br><br>BOAT COUNTRY INC., RANDOLPH A. ROSE, as an individual and in his capacity as trustee and representative—Randolph and Nancy Rose Trust, NANCY S. ROSE, as an individual and in his capacity as trustee and representative—Randolph and Nancy Rose Trust,; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 2:15-cv-00028-JAM-DAD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER GRANTING THEREOF**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety as to all parties, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall

STIPULATED DISMISSAL
1

bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Respectfully submitted,

Dated: December 16, 2015

/s/Daniel Malakauskas
Daniel Malakauskas,
Attorney for Plaintiff

Dated: December 16, 2015

/s/Zachary Best
Zachary Best
Attorneys for Defendants

## ORDER

The parties having so stipulated, IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety as to all parties. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 12-18-2016

United States District Judge